UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW P. McDEVITT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security, erroneously sued as "Carolyn W. Colver,"<br><br>　　　　　Defendant. | Case No. SACV 13-1532 JC<br><br>JUDGMENT |

　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded for further administrative action consistent with the Memorandum Opinion and Order of Remand filed concurrently herewith.

DATED: May 30, 2014

　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　Honorable Jacqueline Chooljian
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE