1  JIMMY O. EWENIKE, CSBN 133406
   Law Offices of Jimmy Ewenike
2  515 West Commonwealth Avenue, Suite 210
   Fullerton, CA. 92832
3  Telephone: (714) 773-0611
   Facsimile: (714) 257-9987
4  E-Mail: Ewenike@yahoo.com

5  ANDRE BIROTTE, JR
   United States Attorney
6  LEON W. WEIDMAN
   Assistant United States Attorney
7  Chief Civil Division
   Ms. Carolyn B Chen, Esq
8  Special Assistant United States Attorney
              Social Security Administration
9             Office of the General Counsel, Region IX
              160 Spear Street, St. 800
10            San Francisco, CA 94105-1545
              E-Mail: carolyn.chen@ssa.gov
11            Telephone: (415) 977-8873

12 Attorneys for Defendant Commissioner of Social Security

13                UNITED STATES DISTRICT COURT
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
14                      SOUTHERN DIVISION

15
   MR. MATTHEW P. McDEVITT        )   CASE NO. **CV 13-01532 JC**
16                                )
              Plaintiff,          )   ORDER RE STIPULATION FOR THE
17                                )   AWARD AND PAYMENT OF ATTORNEY
        v.                        )   FEES PURSUANT TO THE EQUAL
18                                )   ACCESS TO JUSTICE ACT, 28
   CAROLYN W. COLVIN, Acting      )   U.S.C. § 2412(d), AND COSTS
19 Commissioner of Social         )   PURSUANT TO 28 U.S.C. § 1920
   Security                       )
20                                )
              Defendant.          )
21 _____)

22

23     Based upon the parties' concurrently filed Stipulation for

24 Award of EAJA Fees ("Stipulation"), IT IS ORDERED that EAJA fees,

25 expenses and costs are awarded to the plaintiff consisting of

26 Seven Thousand and Zero Cents ($7,000) in attorney fees, and Four

27 //

28 //

Hundred and Zero Cents ($400) in costs and expenses, subject to the terms of the stipulation.

Dated: September 16, 2014

```
                              _____/s/_____
                              Honorable Jacqueline Chooljian
                              United States Magistrate Judge
```